UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-cv-60260-DAMIAN

**JANICE ELLERY**, individually and on
behalf of all others similarly situated, and
**LILIAN PATINO**, individually and on
behalf of all others similarly situated,

      Plaintiffs,

v.

**FAY SERVICING, LLC**,

      Defendant.

_____/

## ORDER DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. On July 10, 2024, the Court dismissed Plaintiffs' Third Amended Class Action Complaint without prejudice, providing Plaintiffs fourteen (14) days to file a Fourth Amended Complaint. [ECF No. 41]. To date, Plaintiffs have not filed a Fourth Amended Complaint, and the time for doing so has expired. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE** for failure to prosecute.[1] The Clerk of Court shall **CLOSE** this case. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 29th day of July, 2024.

_____
MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE

---

[1] *See Link v. Wabash R. Co.*, 370 U.S. 626, 633 (1962) (explaining that "a District Court may dismiss a complaint for failure to prosecute even without affording notice of its intention to do so or providing an adversary hearing before acting.").